**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Johnson,<br><br>            Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>            Defendants. | No. CV-18-03055-PHX-MTL (ESW)<br><br>**ORDER** |

The Court has considered "Defendant Days's Motion for Extension of Time to Respond to "Plaintiff's Request for Interrogatories, in Accordance with (Doc. 82)"" (Doc. 96).  Good cause appearing,

IT IS ORDERED granting "Defendant Days's Motion for Extension of Time to Respond to "Plaintiff's Request for Interrogatories, in Accordance with (Doc. 82)"" (Doc. 96).  Defendant Panann Days shall respond to Plaintiff's interrogatories no later than **July 17, 2023**.

Dated this 30th day of June, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge